**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

BRIAN FORD, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

- against -

VOXX INTERNATIONAL CORPORATION, PATRICK M. LAVELLE and CHARLES MICHAEL STOEHR,

Defendants.

---------------------------------------------------------X

**JUDGMENT**
CV 14-4183 (JS)(AYS)

A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on July 22, 2016, granting Defendants' motion to dismiss the Amended Complaint; and an Order of Honorable Joanna Seybert, United States District Judge, having been filed on November 14, 2016, dismissing Plaintiff's Amended Complaint with prejudice, and directing the Clerk of Court to enter judgment accordingly and mark this case closed, it is

**ORDERED AND ADJUDGED** that Plaintiff Brian Ford take nothing of Defendants Voxx International Corporation, Patrick M. Lavelle, and Charles Michael Stoehr; that Defendants' motion to dismiss the Amended Complaint is granted; that Plaintiff's Amended Complaint is dismissed with prejudice; and that this case is hereby closed.

Dated: Central Islip, New York
November 14, 2016

DOUGLAS C. PALMER
CLERK OF THE COURT

BY: /S/ JAMES J. TORITTO
DEPUTY CLERK